**NCLN20, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2012–5001.

United States Court of Appeals,
Federal Circuit.

Nov. 7, 2012.

George Elliott Ellis, The Ellis Law Firm, of Brooklyn, NY, argued for plaintiff-appellant.

Douglas K. Mickle, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Dianne Foose, Office of the Principal Legal Advisor, United States Department of Homeland Security, of Washington, DC.

BRYSON, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**